```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
LUKELYN CAMPBELL                                                  :    10-CV-1809 (ARR)(LB)
                                                                  :
                    Plaintiff,                                    :    NOT FOR PRINT OR
                                                                  :    ELECTRONIC
        -against-                                                 :    PUBLICATION
                                                                  :
UNITED STATES OF AMERICA,                                         :    OPINION AND ORDER
                                                                  :
                    Defendant.                                    :
                                                                  X
-----------------------------------------------------------------
```

ROSS, United States District Judge:

Plaintiff, Lukelyn Campbell, currently incarcerated at the Federal Medical Center ("FMC") Devens in Massachusetts, proceeding pro se and in forma pauperis, filed this action on April 15, 2010, claiming that in violation of the Federal Tort Claims Act government employees, including Judge Sifton, Judge Sifton's case manager, several Assistant United States Attorneys, and Federal Bureau of Prisons personnel conspired to kidnap and assault him. By opinion and order dated May 3, 2010, the court dismissed plaintiff's complaint as frivolous pursuant to 28 U.S.C. § 1915(b)(1). Plaintiff now moves for reconsideration.

## Motion for Reconsideration

"The standard for granting [a motion for reconsideration] is strict, and reconsideration will generally be denied unless the moving party can point to controlling decisions or data that the court overlooked - matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." Shrader v. CSX Transp., Inc., 70 F.3d 255, 257 (2d Cir. 1995); see also Herschaft v. N.Y. City Campaign Fin. Bd., 139 F. Supp. 2d 282, 283 (E.D.N.Y. 2001). Courts apply this rule strictly to dissuade repetitive arguments on issues that have already been

fully considered by the court. <u>Commercial Union Ins. Co. v. Blue Water Yacht Club Ass'n</u>, 289 F. Supp. 2d 337, 340 (E.D.N.Y. 2003). Plaintiff does not meet this strict standard. Plaintiff points to no legal authority, allegations, or evidence that the court overlooked. The motions for reconsideration, Dkt. Nos. 7, 8, and 9, are hereby denied.

SO ORDERED.

/S/
_____
Allyne R. Ross
United States District Judge

Dated: May 27, 2010
       Brooklyn, New York

SERVICE LIST:

> <u>Pro Se Plaintiff</u>
> Lukelyn Campbell
> No. 72968-053
> FMC Fort Devens
> P.O. Box 879
> Ayers, MA 01432

cc: Magistrate Judge Lois Bloom